UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:18-CR-18-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| GARY ROBINSON | ) | |

Upon motion of the Defendant and for good cause shown, it is hereby **ORDERED** that the pretrial motions filing deadline is re-opened. The defendant shall be allowed through and including **May 17, 2018** to file said motions.

The government shall have 14 days to file it's responses to said motions.

For good cause shown, it is hereby **ORDERED** that the arraignment in this matter be continued until the Court's June 2018 term of court.

**IT IS FURTHER ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This _17_ day of April, 2018

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE